UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

CASE NO: 1:19-cv-01485

NOETIC SPECIALTY INSURANCE
COMPANY,

    Plaintiff,

v.

EPTAM PLASTICS, LTD. AND
GLOBUS MEDICAL, INC.

    Defendants.

_____/

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, NOETIC SPECIALTY INSURANCE COMPANY, by and through the undersigned attorneys, hereby dismisses the above-styled and numbered cause against both Defendants under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: January 22, 2020

                      Respectfully submitted,

                      BONNER KIERNAN TREBACH
                      & CROCIATA, LLP

                      *Attorneys for Plaintiff*
                      1233 20th Street, N.W., 8th Floor
                      Washington, DC 20036
                      Ph:  (202) 712-7000
                      Fax:  (202) 712-7100
                      Primary email: ablock@bonnerkiernan.com
                      Secondary email:
                      mjohnson@bonnerkiernan.com

                      By: */s/Alan S. Block*
                            ALAN S. BLOCK,

So Ordered

/s/
Leonie M. Brinkema
United States District Judge  1/22/20